## Race v. Irving Park Hall Association.

1. JUDGMENT.—*By Default.*—It is error to enter a judgment by default while a plea to part and a demurrer to the residue of the declaration are on file.

Memorandum.—Assumpsit. Summons issued June 22, 1891. Error to the Superior Court of Cook County; the Hon. Elliot Anthony, Judge, presiding. Heard in this court at the October term, A. D. 1892. Opinion filed July 31, 1893.

The opinion of the court states the case.

D. M. Kirton, attorney for plaintiff in error.

Opinion of the Court, Gary, P. J.

A judgment by default was entered, while a plea to part, and a demurrer to the residue of the declaration was on file. No doubt that was done by mistake, but it is erroneous, and the judgment must be reversed and the cause remanded. Faurot v. Park Nat. Bk., 37 Ill. App. 322.